IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NGX COMPANY,

    Plaintiff,

v.                                                     No. CIV 07-268 BB/WDS

G.B. PETROLEUM SERVICES, LLC,
GREAT BASIN PETROLEUM SERVICES, L.P.,
and OXY USA, INC.

    Defendants.

OXY USA INC.,

    Third-Party Plaintiff,

v.

GEORGE SCOTT III, and
SCOTT INVESTMENT CORPORATION,
a New Mexico corporation,

    Third-Party Defendants.

## AGREED ORDER REGARDING SCHEDULING

THIS MATTER having come before the Court on the Agreed Motion Regarding Scheduling, and the Court being fully advised in the premises, finds that the Agreed Motion should be approved, and it is therefore ordered that the filing of the Joint Status Report, furnishing of initial disclosures, and initiation of discovery are suspended an additional one hundred twenty (120) days following the date of entry of this Order, and the parties shall jointly submit to the Court, no later than 60 days from the date of entry of the Order, a report of progress reached during the investigation process.

                                                  */s/ W. Daniel Schneider*
                                                  W. Daniel Schneider
                                                  U.S. Magistrate Judge

SUBMITTED:

MODRALL SPERLING ROEHL
  HARRIS & SISK, P.A.

By    /s/ Paul T. Halajian
John R. Cooney
Paul T. Halajian
Attorneys for Defendants G.B. Petroleum Services,
  L.L.C, and Great Basin Petroleum Services, L.P.
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800

APPROVED:

RODEY, DICKASON, SLOAN,
  AKIN & ROBB, P.A.

By    Approved 10/3/07
Charles K. Purcell
Attorney for Plaintiff NGX and Third-Party
  Defendant George Scott III
P. O. Box 1888
Albuquerque, NM 87103
(505) 765-5900

HINKLE, HENSLEY, SHANOR
  & MARTIN, L.L.P.

By    Approved 10/3/07
Andrew J. Cloutier
Attorneys for Defendant and Third-Party
  Plaintiff OXY USA Inc.
P. O. Box 10
Roswell, NM 88202-0010

(505) 622-6510
K:\dox\client\81920\113\W0753811.WPD