# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**NGX COMPANY,**

    **Plaintiff,**

    **v.**                                                **No.  CV 07-268 BB/WDS**

**G. B. PETROLEUM SERVICES, LLC,**
**GREAT BASIN PETROLEUM SERVICES, L.P.,**
**and OXY USA INC.**

    **Defendants.**

**OXY USA INC.,**

    **Third Party Plaintiff,**

    **v.**                                                  **No.  CV -07-268 BB/WDS**

**GEORGE SCOTT III, and**
**SCOTT INVESTMENT CORPORATION,**
    **a New Mexico Corporation,**

    **Third Party Defendants.**

## AGREED ORDER

This matter having come before the Court on the Agreed Motion Regarding Scheduling and the Court having been fully advised in the premises FINDS that the Agreed Motion should be approved, and it is therefore ORDERED that the filing of the Joint Status Report, the furnishing of initial disclosures, and the initiation of discovery are suspended an additional ninety (90) days following the entry of this Order, and the parties shall file with the Court, no later than thirty (30) days from the date of the entry of this Order, a report of the progress reached during those thirty (30) days, which Progress Report shall include any submissions by the parties or their agents to the Oil Conservation Division.

_____
**W. DANIEL SCHNEIDER**
**U.S. MAGISTRATE JUDGE**

**SUBMITTED BY:**

HINKLE, HENSLEY, SHANOR & MARTIN, L.L.P.


By:   /s/Andrew J. Cloutier
      Andrew J. Cloutier
      P. O. Box 10
      Roswell, NM 88202-0010
      Tel: (505) 622-6510
*Attorneys for Defendant and Third-Party*
*Plaintiff OXY USA INC.*

**APPROVED:**

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.


By:   /s/Paul T. Halajian
      John R. Cooney
      Paul T. Halajian
      P. O. Box 2168
      Albuquerque, NM 87103
      Tel: (505) 848-1800
*Attorneys for Defendants G.B. Petroleum Services,*
*L.L.C, and Great Basin Petroleum Services, L.P.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By:   s/sCharles K. Purcell
      Charles K. Purcell
      P. O. Box 1888
      Albuquerque, NM 87103
      Tel: (505) 765-5900
*Attorneys for Defendants NGX and Third-Party*
*Defendants George Scott III and Scott Investment Corporation*